■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOYCE RAMOS, Appellant. [846 NYS2d 62]—Judgments, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered on or about July 15, 2005, unanimously affirmed. No opinion. Order

filed. Concur—Tom, J.P., Mazzarelli, Saxe, Nardelli and Kavanagh, JJ.